FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 6 2005

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

EDWARD H. KUBO, JR.                #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON                  #4532
Assistant U.S. Attorney

WES REBER PORTER                   #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:      541-2850
facsimile:      541-2958
e-mail:         wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 04-00249 SOM |
| Plaintiff, | **SUPERCEDING INDICTMENT** |
| vs. | [49 U.S.C. § 46505(b)(1); |
| OMAR ISAAC ZAMORANO, | 18 U.S.C. § 911] |
| Defendants. | |

## S U P E R C E D I N G   I N D I C T M E N T

### COUNT 1
(Carrying a weapon on an aircraft)

The Grand Jury charges that:

On or about June 20, 2004, within the District of Hawaii, while attempting to get on an aircraft that operated in, and was intended for operation in, air transportation, to wit: American Trans Air (ATA) Flight 754, originating in Honolulu,

Hawaii bound for Los Angeles, California, defendant OMAR ISAAC ZAMORANO did possess on and about his property a concealed dangerous weapon that would be accessible to him in flight.

In violation of Title 49, United States Code, Section 46505(b)(1).

### COUNT 2
### (Falsely representing United States citizenship)

The Grand Jury further charges that:

On or about March 7, 2003, within the District of Hawaii, defendant OMAR ISAAC ZAMORANO, who was not a citizen of the United States at the time, did falsely and willfully represent himself to be a citizen of the United States.

In violation of Title 18, United States Code, Section 911.

### COUNT 3
### (Falsely representing United States citizenship)

The Grand Jury further charges that:

On or about December 5, 2003, within the District of Hawaii, defendant OMAR ISAAC ZAMORANO, who was not a citizen of the United States at the time, did falsely and willfully represent himself to be a citizen of the United States.

In violation of Title 18, United States Code, Section 911.

## COUNT 4
**(Falsely representing United States citizenship)**

The Grand Jury further charges that:

On or about May 13, 2004, within the District of Hawaii, defendant OMAR ISAAC ZAMORANO, who was not a citizen of the United States at the time, did falsely and willfully represent himself to be a citizen of the United States.

In violation of Title 18, United States Code, Section 911.

## COUNT 5
**(Falsely representing United States citizenship)**

The Grand Jury further charges that:

On or about June 21, 2004, within the District of Hawaii, defendant OMAR ISAAC ZAMORANO, who was not a citizen of

//
//
//
//
//
//
//
//
//
//
//

the United States at the time, did falsely and willfully represent himself to be a citizen of the United States.

In violation of Title 18, United States Code, Section 911.

DATED: JANUARY 26, 2005 at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney