EDWARD H. KUBO, JR.          #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON            #4532
Chief, Major Crimes Section

WES REBER PORTER             #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:    541-2850
facsimile:    541-2958
e-mail:       wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00249 SOM |
| Plaintiff, ) | |
| ) | ORDER FOR DISMISSAL |
| vs. ) | |
| ) | |
| OMAR ISAAC ZAMORANO, ) | |
| ) | |
| Defendant. ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Superseding Indictment against Defendant Omar Isaac Zamorano, on the grounds that he pleaded guilty to an Information encompassing related offense conduct which adequately reflects the seriousness of his offenses under Cr. No. 05-00139 ACK.  On July 25, 2005,

this Honorable Court sentenced the defendant based on his plea to the Information.

The defendant is not in custody on the dismissed charge listed above.

DATED: Honolulu, Hawaii, July 25, 2005.

        EDWARD H. KUBO, JR.
        UNITED STATES ATTORNEY
        District of Hawaii

By _____
    WES REBER PORTER
    Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

_____
ALAN C. KAY
SENIOR UNITED STATES DISTRICT JUDGE

United States v. Omar Isaac Zamorano
Cr. No. 04-00249 ACK
Order for Dismissal

copies:   United States Marshal
          ATF SA Charles Pang
          Michael Weight, Esq. (Attorney for Defendant)